ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8974
    Facsimile:  (415) 744-0134
    Email: ann.maley@ssa.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **SHARON BAILEY,**<br>    **Plaintiff,**<br>    **v.**<br>**MICHAEL J. ASTRUE,**<br>**Commissioner of**<br>**Social Security,**<br>    **Defendant.** | No. CV 09-00112 FMO<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS ($2,800) subject to the terms of the stipulation.

DATE: 8/24/10                                   /s/
                                             HON. FERNANDO M. OLGUIN
                                             UNITED STATES MAGISTRATE JUDGE